UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BHUPAT R. BHATTI,

        Plaintiff,

   v.

COUNTY OF SACRAMENTO, SELEENA ULAHANNAN, AND DOES 1 TO 50,

        Defendants.

NO. CIV. S-05-0754 WBS/PAN

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for August 1, 2005, and makes the following findings and orders without needing to consult with the parties any further:

I.   SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown under Fed. R. Civ. P. 16(b).

II.   JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to

1  pleadings is permitted except with leave of court, good cause
2  having been shown under Fed. R. Civ. P. 16(b).  <u>See</u> <u>Johnson v.</u>
3  <u>Mammoth Recreations, Inc.</u>, 975 F.2d 604 (9th Cir. 1992).
4        III.  <u>JURISDICTION/VENUE</u>
5        Jurisdiction is predicated upon 42 U.S.C. § 1983
6  (civil rights).  Venue is undisputed and is hereby found to be
7  proper.
8        IV.  <u>DISCOVERY</u>
9        The parties have stipulated that each party will serve
10 the initial disclosures required by Fed. R. Civ. P. 26 (a)(1) by
11 no later than July 15, 2005.
12       The parties shall disclose experts and produce reports
13 in accordance with Fed. R. Civ. P. 26(a)(2) by no later than
14 October 14, 2005.
15       All discovery, including depositions for preservation
16 of testimony, is left open, save and except that it shall be so
17 conducted as to be <u>completed</u> by February 15, 2006.  The word
18 "completed" means that all discovery shall have been conducted so
19 that all depositions have been taken and any disputes relevant to
20 discovery shall have been resolved by appropriate order if
21 necessary and, where discovery has been ordered, the order has
22 been obeyed.  All motions to compel discovery must be noticed on
23 the magistrate judge's calendar in accordance with the local
24 rules of this court and so that such motions may be heard (and
25 any resulting orders obeyed) not later than February 15, 2006.
26       V.  <u>MOTION HEARING SCHEDULE</u>
27       All motions, except motions for continuances,
28 temporary restraining orders or other emergency applications,

shall be filed on or before March 17, 2006.  All motions shall be noticed for the next available hearing date.  Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

## VI.  FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for  May 22, 2006 at 10:00 a.m.  The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony.  Counsel shall file separate pretrial statements, and are referred to Local Rules 16-281 and 16-282 relating to the contents of and time for filing those statements.  In addition to those subjects listed in Local Rule 16-281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 16-281(b)(3)-(4), the parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled defenses thereto.  If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case,

which is appropriate for the court to read to the jury.

### VII. TRIAL SETTING

The trial is set for July 11, 2006, at 9:00 a.m. in Courtroom No. 5.

### VIII. SETTLEMENT CONFERENCE

A Settlement Conference will be set at the time of the Pretrial Conference.

Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms. At least seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge. If the settlement judge is not the trial judge, the Settlement Conference Statements shall not be filed and will not otherwise be disclosed to the trial judge.

### IX. MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the dates of the Final Pretrial Conference or trial, may be heard and decided by the assigned Magistrate Judge. All requests to change the dates of the Pretrial Conference and/or trial shall be heard and decided only by the undersigned judge.

DATED: July 14, 2005.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE