LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

John A. Lavra, CSB No.: 114533
Jeri L. Pappone, CSB No.: 210104

Attorneys for Defendants, County of Sacramento
and Seleena Ulahannan (County of Sacramento Employee)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHUPAT R. BHATTI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COUNTY OF SACRAMENTO, SELEENA ) <br> ULAHANNAN, and Does 1 to 50 ) <br> ) <br> Defendants ) <br> _____ ) | **CASE NO.: 2:05-CV-00754-WBS-PAN** <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR EXPERT WITNESS DISCLOSURE** |

The parties to this action hereby agree and stipulation to an extension of time within which to disclose experts in this action. As depositions of the parties and witnesses are scheduled for later this month, the parties have determined that information gained at the depositions may impact the necessity of retaining experts regarding matters presently unknown. Therefore, the parties agree and request the Court's order, to continue the date for disclosure of expert witnesses to December 1, 2005.

Dated:   October 14, 2005                         LONGYEAR, O'DEA & LAVRA, LLP


                                                   By:   /S/ JERI L. PAPPONE
                                                         John A. Lavra, Esq. CSB No. 114533
                                                         Jeri L. Pappone, Esq. CSB No. 210104
                                                         Attorneys for Defendants

1 | Dated: October 14, 2005              LAW OFFICES OF CYRUS ZAL

2

3                                        By  /s/ Cyrus Zal
                                             Attorney for Plaintiff
4

5 | IT IS SO ORDERED:

6

7 | DATED: October 18, 2005

8

9                                        _____
                                         WILLIAM B. SHUBB
10                                       UNITED STATES DISTRICT JUDGE