LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

John A. Lavra, CSB No.: 114533
Jeri L. Pappone, CSB No.: 210104

Attorneys for Defendants, County of Sacramento
and Seleena Ulahannan (County of Sacramento Employee)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHUPAT R. BHATTI,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, SELEENA ULAHANNAN, and Does 1 to 50<br><br>Defendants | CASE NO.: 2:05-CV-00754-WBS-PAN(JFM)<br><br>Date: May 15, 2006<br>Time: 1:30 p.m.<br>Ctrm: 5<br>Judge: William B. Shubb<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

THE PARTIES HEREIN DO STIPULATE to continue the hearing on Defendants' Motion for Summary Judgment, previously scheduled to be heard on May 1, 2006 to May 15, 2006 at 1:30 p.m. in Courtroom 5 of the above-entitled court at 501 I Street, Sacramento, California, before the Honorable William B. Shubb.

**IT IS SO STIPULATED**.

Dated:  April 14, 2006                              LONGYEAR, O'DEA & LAVRA, LLP


By:   /S/ JERI L. PAPPONE
      John A. Lavra, Esq. CSB No. 114533
      Jeri L. Pappone, Esq. CSB No. 210104
      Attorneys for Defendants

/ / /

1 | Dated: April 14, 2006                    LAW OFFICES OF CYRUS ZAL

                                             By:    /s/ CYRUS ZAL
                                                    Cyrus Zal, CSB No. 102415
                                                    Attorney for Plaintiff

**IT IS SO ORDERED**:


Dated:  April 17, 2006


                              _William B. Shubb_____
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

---

Stipulation & Order Continuing Hearing Date for Motion for Summary Judgement

2