LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

John A. Lavra, CSB No.: 114533
Jeri L. Pappone, CSB No.: 210104

Attorneys for Defendants, County of Sacramento
and Seleena Ulahannan (County of Sacramento Employee)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHUPAT R. BHATTI ) | CASE NO.: 2:05-CV-00754-WBS-PAN (JFM) |
| Plaintiff, ) | |
| vs. ) | Date: May 30, 2006<br>Time: 1:30 p.m. |
| COUNTY OF SACRAMENTO, SELEENA ) ULAHANNAN, and Does 1 to 50 ) | Ctrm: 5<br>Judge: William B. Shubb |
| Defendants ) | |
| ) | **STIPULATION AND ORDER CONTINUING HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PRETRIAL CONFERENCE DATE** |

THE PARTIES HEREIN DO STIPULATE by and through their respective counsel of record, to continue the hearing on Defendants' Motion for Summary Judgment, previously scheduled to be heard on May 15, 2006 to May 30, 2006 at 1:30 p.m. in Courtroom 5 of the above-entitled court at 501 I Street, Sacramento, California, before the Honorable William B. Shubb. This continuance is due to the illness of Defendants' counsel, and work hours lost, requiring additional time to reply to the Plaintiff's Opposition in the pending motion for summary judgment and the issues raised therein.

/ / /

THE PARTIES ALSO STIPULATE to a corresponding continuance of the scheduled Pretrial Conference from May 22, 2006 to June 5, 2006 at 10:00 a.m. in Courtroom 5, and a trial continuance from July 11, 2006 to July 25, 2006 at 9:00 a.m. before the Honorable William B. Shubb.

**IT IS SO STIPULATED**.

Dated:  May 2, 2006                    LONGYEAR, O'DEA & LAVRA, LLP


By:     /S/ JERI L. PAPPONE
        John A. Lavra, Esq. CSB No. 114533
        Jeri L. Pappone, Esq. CSB No. 210104
        Attorneys for Defendants

Dated: May 2, 2006                     LAW OFFICES OF CYRUS ZAL

By:     /s/ CYRUS ZAL
        Cyrus Zal, CSB No. 102415
        Attorney for Plaintiff

**IT IS SO ORDERED**:

Dated:  May 4, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

Stipulation & Order Continuing Hearing Date for Motion for Summary Judgement and Pretrial Conference

2