UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

### ORDER OF REASSIGNMENT

Pursuant to the Retirement of Judge Peter A. Nowinski, and good cause appearing therefore:

IT IS HEREBY ORDERED this action is reassigned from **Magistrate Judge** Peter A. Nowinski to **Magistrate Judge** Edmund F. Brennan for all purposes.

The new case number for this action, which must be used on all future documents filed with the court, is: 2:05-cv-0754 WBS EFB.

All dates currently set in this reassigned actions shall remain pending subject to further order of the court.

Dated:  **February 9, 2009**

ANTHONY W. ISHII, Chief
United States District Judge