CYRUS ZAL, SBN:102415
CYRUS ZAL, A PROFESSIONAL CORPORATION
102 Mainsail Court
Folsom, CA  95630
(916) 985-3576
(916) 985-4893 (FAX)
czal47@comcast.net

Attorney for Plaintiff BHUPAT R. BHATTI

John A. Lavra, CSB No.:     114533
Jeri L. Pappone, CSB No.:   210104
LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Tel: 916-974-8500    Fax:  916-974-8510
pappone@longyearlaw.com

Attorneys for Defendant SELEENA ULAHANNAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BHUPAT R. BHATTI, | CASE NO: 2:05-CV-00754-WBS-EFB |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF THE PARTIES TO HAVE JUDGE WILLIAM B. SHUBB CONDUCT THE SETTLEMENT CONFERENCE AND ORDER THEREON** |
| COUNTY OF SACRAMENTO, SELEENA ULAHANNAN, and DOES 1 TO 50, | [Local Rule 16-270] |
| Defendants. | Date:         March 6, 2009<br>Time:         10: 00 a.m.<br>Courtroom:  5 |

1

Plaintiff Bhupat R. Bhatti and defendant Seleena Ulahannan, through their respective undersigned counsel, hereby request that Judge William B. Shubb, the assigned Judge in this matter, conduct the Settlement Conference in this matter, to take place on March 6, 2009 at 10:00 a.m. in Courtroom 5.

Pursuant to Local Rule 16-270(b), plaintiff Bhupat R. Bhatti and defendant Seleena Ulahannan, through their undersigned counsel, hereby expressly waive any claim of disqualification of Judge William B. Shubb in the action thereafter on the basis that Judge William B. Shubb conducted the settlement conference.

IT IS SO STIPULATED.

Cyrus Zal, A Professional Corporation

DATED: February 13, 2009     By: _____/s/ Cyrus Zal_____
                                                CYRUS ZAL, Attorney for Plaintiff
                                                BHUPAT R. BHATTI

LONGYEAR. O'DEA & LAVRA. LLP

DATED: February 13, 2009     By: _____/s/ Jeri L. Pappone_____
                                                JERI L. PAPPONE, Attorneys for
                                                Defendants SELEENA ULAHANNAN

1 **ORDER**

2

3 Based on the foregoing stipulation of the parties, it is hereby ordered that the
4 undersigned will conduct the settlement conference in this matter on March 6, 2009
5 at 10:00 a.m. in Courtroom 5.  Confidential settlement statements shall be submitted
6 to Judge Shubb's email address (WBSorders@caed.uscourts.gov) no later than
7 February 27, 2009.   The Settlement Conference currently set on May 1, 2009
8 before Judge John A. Mendez  is hereby vacated.
9 .
10     IT IS SO ORDERED.
11
12 DATED: February 17, 2009
13
14
15 WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE