1

LONGYEAR, O'DEA & LAVRA, LLP

2

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

3

Tel: 916-974-8500 Fax: 916 974-8510

4

John A. Lavra, CSB No.:  114533
Jeri L. Pappone, CSB No.: 210104

5

6

Attorneys for Defendants, County of Sacramento
and Seleena Ulahannan (County of Sacramento Employee)

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 10 | BHUPAT R. BHATTI ) | **CASE NO.: 2:05-CV-00754-WBS-EFB** |
| 11 | ) Plaintiff, ) | |
| 12 | ) vs. ) | **DEFENDANT SELEENA ULAHANNAN'S RESPONSE** TO PLAINTIFF'S REQUEST THAT JUDGE |
| 13 | ) COUNTY OF SACRAMENTO, SELEENA ) ULAHANNAN, and Does 1 to 50 ) | WILLIAM B. SHUBB RECUSE HIMSELF AS JUDGE IN THIS CASE |
| 14 | ) Defendants ) | |
| 15 | ) | |

16      Defendant SELEENA ULAHANNAN, hereby responds to Plaintiff's request that Judge

17   William B. Shubb voluntarily recuse himself as judge in this case.

18      At the Pre-Trial Status Conference in this matter on February 9, 2009, before Judge

19   Shubb, Plaintiff's counsel agreed to the suggestion that Judge Shubb serve as a settlement

20   conference judge for the parties in this case.  That suggestion was not made by Defendant's

21   counsel.  It is defense counsel's recollection that Plaintiff was present at that conference.  Judge

22   Shubb explained the consequences of his performing that role and the requirement of the

23   stipulation and waiver of the parties.

24      The stipulation and waiver was prepared by Plaintiff's counsel and agreed to by

25   Defendant and her counsel and filed as docket number 71 herein.  Judge Shubb signed the

26   document at docket number 72.  The waiver and stipulation was entered into willingly by

27   Plaintiff and after the opportunity to consult with counsel, constituting a fully informed waiver.

28      The settlement conference was held on March 6, 2009, and was very professionally

1    conducted with no improprieties noted by any party.  Defendant sees no basis upon which Judge

2    Shubb should recuse himself.  Plaintiff should be held to the terms of the stipulation and waiver

3    made.

4          Defendant opposes Plaintiff's request.

5

6    Dated:  May 21, 2009                  LONGYEAR, O'DEA & LAVRA, LLP

7

8                                     By:    /S/ JERI L. PAPPONE

                                             John A. Lavra, Esq. CSB No. 114533

9                                           Jeri L. Pappone, Esq. CSB No. 210104

                                           Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28